**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2136**

In re:  ERIC V. DRAKE,

Petitioner.

On Petition for Writ of Mandamus.  (1:19-cv-02669-ELH)

Submitted:  March 12, 2020                                  Decided:  March 16, 2020

Before KING, KEENAN, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Eric V. Drake, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Drake petitions for a writ of mandamus alleging that the district court improperly failed to issue summonses in his civil case. He seeks an order from this court issuing summonses and replacing the district court judge and clerk of court. Our review of the district court's docket reveals that the district court dismissed Drake's complaint and transferred his claims against the Texas entities to the U.S. District Court for the Eastern District of Texas. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*